*OLF3 (Official Local Form 3)*
*Effective December 1, 2017*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:                                                             Case No.:  **19-12339**

    **Nhuong T. Nguyen**                                    Chapter 13
          Debtor(s)

**CHAPTER 13 PLAN**

*Check one.* This plan is:
- [x] Original
- [ ] Amended *(Identify First, Second, Third, etc.)*
- [ ] Postconfirmation *(Date Order Confirming Plan Was Entered:* _____ *)*

Date this plan was filed:  **August 6, 2019** _____

| PART 1: | NOTICES |
|---|---|

**TO ALL INTERESTED PARTIES:**
You should review carefully the provisions of this Plan as your rights may be affected. In the event the Court enters an order confirming this Plan, its provisions may be binding upon you. The provisions of this Plan are governed by statutes and rules of procedure, including Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P."), the Massachusetts Local Bankruptcy Rules ("MLBR"), and, in particular, the Chapter 13 rules set forth in Appendix 1 of MLBR, all of which you should consult.

**TO CREDITORS:**
Your rights may be affected by this Plan. Your claim may be reduced, modified, or eliminated. Read this Plan carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one. If you oppose this Plan's treatment of your claim or any other provision of this Plan, you or your attorney **must** file with the Court an objection to confirmation on or before the later of (i) thirty (30) days after the date on which the first Meeting of Creditors pursuant to 11 U.S.C. § 341 is held or (ii) thirty (30) days after service of an amended or modified Plan, unless the Court orders otherwise. A copy of your objection must be served on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee (the "Trustee"). The Bankruptcy Court may confirm this Plan if no objection to confirmation is filed or if it overrules an objection to confirmation. You have received or will receive a Notice of Chapter 13 Bankruptcy Case from the Bankruptcy Court which sets forth certain deadlines, including the bar date for filing a Proof of Claim. **To receive a distribution, you must file a Proof of Claim.**

**TO DEBTOR(S):**
You (or your attorney) are required to serve a copy of this Plan on all creditors in the manner required under the Bankruptcy Code, the Fed. R. Bankr. P., and MLBR. Unless the Court orders otherwise, you must commence making payments not later than the earlier of (i) thirty (30) days after the date of the filing of this Plan or (ii) thirty (30) days after the order for relief. **You must check a box on each line below to state whether or not this Plan includes one or more of the following provisions. If you check the provision "Not Included," if you check both boxes, or if you do not check a box, any of the following provisions will be void if set forth later in this Plan. Failure to properly complete this section may result in denial of confirmation of this Plan.**

**FOR EACH LINE BELOW, DO NOT CHECK BOTH BOXES; DO NOT LEAVE BOTH BOXES BLANK.**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Part 3.B.1, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Part 3.B(3). | ☑ Included | ☐ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

| PART 2: | PLAN LENGTH AND PAYMENTS |
|---|---|

**A.**   **LENGTH OF PLAN:**

- [ ] 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
- [ ] 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

- [x] **60** Months. 11 U.S.C. § 1322(d)(2). The Debtor(s) states the following cause: Due to Feasibility.

**B.**   **PROPOSED MONTHLY PAYMENTS:**

| Monthly Payment Amount | Number of Months |
|---|---|
| $1,943.00 | 60 |

**C.**     **ADDITIONAL PAYMENTS:**

*Check one.*

    ☑     **None.** *If "None" is checked, the rest of Part 2.C need not be completed and may be deleted from this Plan.*

**The total amount of Payments to the Trustee [B+C]:**     $**116,580.00**.
*This amount must be sufficient to pay the total cost of this Plan in Exhibit 1, Line h.*

| PART 3: | SECURED CLAIMS |
|---|---|

    ☐     **None.** *If "None" is checked, the rest of Part 3 need not be completed and may be deleted from this Plan.*

**A.**     **CURE OF DEFAULT AND MAINTENANCE OF PAYMENTS:**

*Check one.*

☐     **None.** *If "None" is checked, the rest of Part 3.A need not be completed and may be deleted from this Plan.*
☑     **Any Secured Claim(s) in default shall be cured and payments maintained as set forth in (1) and/or (2) below.**
    *Complete (1) and/or (2).*

    **(1) PREPETITION ARREARS TO BE PAID THROUGH THIS PLAN**

Prepetition arrearage amounts are to be paid through this Plan and disbursed by the Trustee. Unless the Court orders otherwise, the amount(s) of prepetition arrears listed in an allowed Proof of Claim controls over any contrary amount(s) listed below. Unless the Court orders otherwise, if relief from the automatic stay is granted as to any collateral listed in this paragraph, all payments paid through this Plan as to that collateral will cease upon entry of the order granting relief from stay.

    (a) Secured Claim(s) (Principal Residence)
    Address of the Principal Residence:     **14 Sprague Street Revere, MA 02151**
    The Debtor(s) estimates that the fair market value of the Principal Residence is: $     **563,750.00**

| Name of Creditor | Type of Claim *(e.g., mortgage, lien)* | Amount of Arrears |
|---|---|---|
| **Selene Finance** | **Mortgage** | **14 Sprague Street Revere, MA 02151 Suffolk County** | **$68,652.20** |
| **Specialized Loan Servicing** | **Mortgage** | **14 Sprague Street Revere, MA 02151 Suffolk County** | **$20,558.00** |

    Total of prepetition arrears on Secured Claim(s) (Principal Residence): $**89,210.20**

    (b) Secured Claim(s) (Other)

| Name of Creditor | Type of Claim | Description of Collateral *(or address of real property)* | Amount of Arrears |
|---|---|---|---|
| | | | |

    Total of prepetition arrears on Secured Claim(s) (Other): $**0.00**
    **Total prepetition arrears to be paid through this Plan [(a) + (b)]: $89,210.20**

    **(2) MAINTENANCE OF CONTRACTUAL INSTALLMENT PAYMENTS (TO BE PAID DIRECTLY TO CREDITORS):**

Contractual installment payments are to be paid directly by the Debtor(s) to creditor(s). The Debtor(s) will maintain the contractual installment payments as they arise postpetition on the secured claims listed below with any changes required by the applicable contract and noticed in conformity with any applicable rules.

| Name of Creditor | Type of Claim | Description of Collateral |
|---|---|---|
| **Selene Finance** | **Mortgage** | **14 Sprague Street Revere, MA 02151 Suffolk County** |
| **Toyota Financial Services** | **Automobile** | **2015 Lexus RX350 70,000 miles** |

**B.**     **MODIFICATION OF SECURED CLAIMS:**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

*Check one.*

☐    **None.** *If "None" is checked, the rest of Part 3.B need not be completed and may be deleted from this Plan.*

☑    **Secured Claim(s) are modified as set forth in 1, 2, and/or 3 below.** *Complete 1, 2, and/or 3 below.*

     **(1) REQUEST FOR VALUATION OF SECURITY, PAYMENT OF FULLY SECURED CLAIMS, AND MODIFICATION OF UNDERSECURED CLAIMS UNDER 11 U.S.C. § 506:**

☑    **None.** *If "None" is checked, the rest of Part 3.B.1 need not be completed and may be deleted from this Plan.*

     **(2) SECURED CLAIMS EXCLUDED FROM 11 U.S.C. § 506:**

☑    **None.** *If "None" is checked, the rest of Part 3.B.2 need not be completed and may be deleted from this Plan.*

     **(3) LIEN AVOIDANCE UNDER 11 U.S.C. § 522(f):**

☐    **None.** *If "None" is checked, the rest of Part 3.B.3 and Exhibits 3 and 4 need not be completed and may be deleted from this Plan.*

***The following Plan provisions of Part 3.B.3 are effective only if the box "Included" in Part 1, Line 1.2 is checked.***

The judicial lien(s) and/or nonpossessory, nonpurchase-money security interest(s) securing the claim(s) listed below impairs exemptions to which the Debtor(s) would have been entitled under 11 U.S.C. § 522(b).

Subject to 11 U.S.C. § 349(b), a judicial lien or nonpossessory, nonpurchase-money security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the Order confirming this Plan. The amount of the judicial lien or nonpossessory, nonpurchase-money security interest that is avoided will be treated as a nonpriority unsecured claim in Part 5 if a Proof of Claim has been filed and allowed. The amount, if any, of the judicial lien or nonpossessory, nonpurchase-money security interest that is not avoided will be paid in full as a secured claim under this Plan provided a Proof of Claim is filed and allowed.

*For each judicial lien that the Debtor(s) seeks to avoid, the Debtor(s) shall include the information below. The Debtor(s) also shall complete the chart set forth in Exhibit 3 to this Plan and shall attach to Exhibit 3 a true and accurate copy of the document evidencing such judicial lien as filed or recorded with filing or recording information included. The Debtor(s) shall include the evidentiary basis for the valuation asserted. For each judicial lien that the Debtor(s) seeks to avoid, the Debtor(s) shall provide a proposed form(s) of order as Exhibit 4 conforming to Official Local Form 21A. If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table in Exhibit 3 for each lien, and identify the tables as Exhibit 3.1, 3.2, etc.*

*The claim(s) identified below must also be set forth in Exhibit 3.*

| Name of Creditor | Exhibit Table (e.g., 3.1, 3.2, 3.3) |
|---|---|
| Midland Funding | 3.1 |

         **Total Claim(s) under Part 3.B.3 to be paid through this Plan: $0.00**

**C.**     **SURRENDER OF COLLATERAL:**

*Check one.*

☑    **None.** *If "None" is checked, the rest of Part 3.C need not be completed and may be deleted from this Plan.*

**PART 4:**                         **PRIORITY CLAIMS**

*Check one*

☐    **None.** *If "None" is checked, the rest of Part 4 need not be completed and may be deleted from this Plan.*

☑    **The following priority claim(s) will be paid in full without postpetition interest. Unless the Court orders otherwise, the amount of the priority portion of a filed and allowed Proof of Claim controls over any contrary amount listed below.**

**A.**     **DOMESTIC SUPPORT OBLIGATIONS:**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | |

**B.       OTHER PRIORITY CLAIMS (Except Administrative Expenses):**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | |

**Total of Priority Claim(s) (except Administrative Expenses) to be paid through this Plan: $0.00**

**C.       ADMINISTRATIVE EXPENSES:**

**(1) ATTORNEY'S FEES:**

| Name of Attorney | Attorney's Fees |
|---|---|
| **Richard D. Smeloff 567869** | **$1,500.00** |

If the attorney's fees exceed the amount set forth in MLBR, Appendix 1, Rule 13-7, the Trustee may not pay any amount exceeding that sum until such time as the Court approves a fee application. If no fee application is approved, any plan payments allocated to attorney's fees in excess of MLBR Appendix 1, Rule 13-7 will be disbursed to other creditors up to a 100% dividend.

**(2) OTHER** *(Describe)***:**

| -NONE- |
|---|
| |

**Total Administrative Expenses (excluding the Trustee's Commission) to be paid through this Plan [(1) + (2)]: $1,500.00**

**(3) TRUSTEE'S COMMISSION:**

The Debtor shall pay the Trustee's commission as calculated in Exhibit 1.

The Chapter 13 Trustee's fee is determined by the United States Attorney General. The calculation of the Plan payment set forth in Exhibit 1, Line (h) utilizes a 10% Trustee's commission. In the event the Trustee's commission is less than 10%, the additional funds collected by the Trustee, after payment of any allowed secured and priority claim(s), and administrative expense(s) as provided for in this Plan, shall be disbursed to nonpriority unsecured creditors up to 100% of the allowed claims.

| PART 5: | NON PRIORITY UNSECURED CLAIMS |
|---|---|

*Check one.*

☐   **None.** *If "None" is checked, the rest of Part 5 need not be completed and may be deleted from this Plan.*
☑   **Any allowed nonpriority unsecured claim(s) other than those set forth in Part 5.F will be paid as stated below. Only a creditor holding an allowed claim is entitled to a distribution.**

☐ Fixed Amount ("Pot Plan"): each creditor with an allowed claim shall receive a pro rata share of $___, which the Debtor(s) estimates will provide a dividend of ___%.
☑ Fixed Percentage: each creditor with an allowed claim shall receive no less than **100** % of its allowed claim.

**A.       GENERAL UNSECURED CLAIMS:**                                                                $**14,186.61**

**B.       UNSECURED OR UNDERSECURED CLAIMS AFTER MODIFICATION IN PART 3.B OR 3.C:**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | |

**C.       NONDISCHARGEABLE UNSECURED CLAIMS** (*e.g., student loans*):

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**D.**    **CLAIMS ARISING FROM REJECTION OF EXECUTORY CONTRACTS OR LEASES:**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | |

**E.**    **TOTAL TO BE PAID TO NONPRIORITY UNSECURED CREDITORS THROUGH THIS PLAN:**

The amount paid to nonpriority unsecured creditor(s) is not less than that required under the Liquidation Analysis set forth in Exhibit 2.

Total Nonpriority unsecured Claims [A + B + C + D]: $14,186.61

Enter Fixed Amount (Pot Plan) or multiply total nonpriority unsecured claim(s) by Fixed Percentage and enter that amount: $14,186.61

**F.**    **SEPARATELY CLASSIFIED UNSECURED CLAIMS** (*e.g., co-borrower*):

| Name of Creditor | Description of Claim | Amount of Claim | Treatment of Claim | Basis for Separate Classification |
|---|---|---|---|---|
| -NONE- | | | | |

Total of separately classified unsecured claim(s) to be paid through this Plan: $0.00

---

**PART 6:**                    **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

*Check one.*

☑    **None.** *If "None" is checked, the rest of Part 6 need not be completed and may be deleted from this Plan.*

---

**PART 7:**                    **POSTCONFIRMATION VESTING OF PROPERTY OF THE ESTATE**

If the Debtor(s) receives a discharge, property of the estate will vest in the Debtor(s) upon entry of the discharge. If the Debtor(s) does not receive a discharge, property of the estate will vest upon the earlier of (i) the filing of the Chapter 13 Standing Trustee's Final Report and Account and the closing of the case or (ii) dismissal of the case.

---

**PART 8:**                    **NONSTANDARD PLAN PROVISIONS**

☑    **None.** *If "None" is checked, the rest of Part 8 need not be completed and may be deleted from this Plan.*

☐    **This Plan includes the following nonstandard provisions.** *Under Fed. R. Bankr. P. 3015(c), each nonstandard provision must be set forth below in a separately numbered sentence or paragraph. A nonstandard provision is a provision not otherwise included in Official Local Form 3, or which deviates from Official Local Form 3. Nonstandard provisions set forth elsewhere in this Plan are ineffective. To the extent the provisions in Part 8 are inconsistent with other provisions of this Plan, the provisions of Part 8 shall control if the box "Included" is checked in Part 1, Line 1.3.*

---

**PART 9:**                    **SIGNATURES**

By signing this document, Debtor(s) acknowledges reviewing and understanding the provisions of this Plan and the Exhibits filed as identified below.

By signing this document, the Debtor(s) and, if represented by an attorney, the attorney for the Debtor(s), certifies that the wording and order of the provisions in this Plan are identical to those contained in Official Local Form 3, including the Exhibits identified below, other than any Nonstandard Plan Provisions in Part 8.

| | |
|---|---|
| **/s/ Nhuong T. Nguyen** | **August  6, 2019** |
| **Nhuong T. Nguyen** | Date |
| Debtor | |
| | |
| Debtor | Date |
| | |
| **/s/ Richard D. Smeloff** | Date    **August  6, 2019** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Signature of attorney for Debtor(s)
**Richard D. Smeloff 567869**
**567869 MA**
**Smeloff & Associates**
**500 Granite Ave**
**Suites 7&8**
**Milton, MA 02186**
**617-690-2124**
**rsmeloff@msn.com**

The following Exhibits are filed with this Plan:
☑ **Exhibit 1: Calculation of Plan Payment***
☑ Exhibit 2: Liquidation Analysis*
☑ Exhibit 3: Table for Lien Avoidance under 11 U.S.C. § 522(f)**
☑ Exhibit 4: [Proposed] Order Avoiding Lien Impairing Exemption**

| |
|---|
| *List additional exhibits if applicable.* |
| |

*Denotes a required Exhibit in every plan
**Denotes a required Exhibit if the box "Included" is checked in Part 1, Line 1.2.

**Total number of Plan pages, included Exhibits:** 10

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

### EXHIBIT 1

### CALCULATION OF PLAN PAYMENT

| | | |
|---|---|---|
| a) | Secured claims (Part 3.A and Part 3.B.1-3 Total): | **$89,210.20** |
| b) | Priority claims (Part 4.A and Part 4.B Total): | **$0.00** |
| c) | Administrative expenses (Part 4.C.1 and 4.C.2 Total): | **$1,500.00** |
| d) | Nonpriority unsecured claims (Part 5.E Total): | **$14,186.61** |
| e) | Separately classified unsecured claims (Part 5.F Total): | **$0.00** |
| f) | Executory contract/lease arrears claims (Part 6 Total): | **$0.00** |
| g) | Total of (a) + (b) + (c) + (d) + (e) + (f): | **$104,896.81** |
| h) | Divide (g) by .90 for total Cost of Plan including the Trustee's fee: | **$116,580.00** |
| i) | Divide (h), Cost of Plan, by term of Plan, **60** months: | **$1,942.58** |
| j) | Round **up** to the nearest dollar amount for Plan payment: | **$1,943.00** |

*If this is either an amended Plan and the Plan payment has changed, or if this is a postconfirmation amended Plan, complete(a) through (h) only and the following*:

| | | |
|---|---|---|
| k) | Enter total amount of payments the Debtor(s) has paid to the Trustee: | |
| l) | Subtract line (k) from line (h) and enter amount here: | |
| m) | Divide line (l) by the number of months remaining ( months): | |
| n) | Round up to the nearest dollar amount for amended Plan payment: | |

Date the amended Plan payment shall begin: _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**EXHIBIT 2**

**LIQUIDATION ANALYSIS**

## A. REAL PROPERTY

| Address<br>(Sch. A/B, Part 1) | Value<br>(Sch. A/B, Part 1) | Lien<br>(Sch. D, Part 1) | Exemption<br>(Sch. C) |
|---|---|---|---|
| **14 Sprague Street Revere, MA 02151  Suffolk County** | 563,750.00 | 513,917.61 | 125,000.00 |

| | |
|---|---|
| Total Value of Real Property (Sch. A/B, line 55): | $ 563,750.00 |
| Total Net Equity for Real Property (Value Less Liens): | $ 49,832.39 |
| Less Total Exemptions for Real Property (Sch. C): | $ 49,832.39 |
| Amount Real Property Available in Chapter 7: | $ 0.00 |

## B. MOTOR VEHICLES

| Make, Model and Year<br>(Sch. A/B, Part 2) | Value<br>(Sch. A/B, Part 2) | Lien<br>(Sch. D, Part 1) | Exemption<br>(Sch. C) |
|---|---|---|---|
| **2015 Lexus RX350 70,000 miles** | 18,575.00 | 29,494.00 | 0.00 |

| | |
|---|---|
| Total Value of Motor Vehicles (Sch. A/B, line 55): | $ 18,575.00 |
| Total Net Equity for Motor Vehicles (Value Less Liens): | $ 0.00 |
| Less Total Exemptions for Motor Vehicles (Sch. C): | $ 0.00 |
| Amount Motor Vehicle Available in Chapter 7: | $ 0.00 |

## C. ALL OTHER ASSETS (Sch. A/B Part 2, no. 4; Part 3 through Part 7. Itemize.)

| Asset | Value | Lien<br>(Sch. D, Part 1) | Exemption<br>(Sch. C) |
|---|---|---|---|
| **Household Furnishings** | 4,000.00 | 0.00 | 4,000.00 |
| **Misc. Electronics** | 1,000.00 | 0.00 | 1,000.00 |
| **Clothing** | 2,000.00 | 0.00 | 2,000.00 |
| **Misc. Jewelry** | 1,000.00 | 0.00 | 1,000.00 |
| **Cash** | 25.00 | 0.00 | 25.00 |
| **Checking: TD Bank** | 500.00 | 0.00 | 500.00 |
| **Checking: Santander** | 500.00 | 0.00 | 500.00 |
| **D/B/A Artistic Nails & Spa** | 0.00 | 0.00 | 0.00 |
| **Misc. Supplies** | 7,000.00 | 0.00 | 7,000.00 |

| | |
|---|---|
| Total Value of All Other Assets: | $ 16,025.00 |
| Total Net Equity for All Other Assets  (Value Less Liens): | $ 16,025.00 |
| Less Total Exemptions for All Other Assets: | $ 16,025.00 |
| Amount of All Other Assets Available in Chapter 7: | $ 0.00 |

## D. SUMMARY OF LIQUIDATION ANALYSIS

| Amount available in Chapter 7 | Amount |
|---|---|
| A. Amount Real Property Available in Chapter 7 (Exhibit 2, A) | $                           0.00 |
| B. Amount Motor Vehicles Available in Chapter 7 (Exhibit 2, B) | $                           0.00 |
| C. Amount All Other Assets Available in Chapter 7 (Exhibit 2, C) | $                           0.00 |

**TOTAL AVAILABLE IN CHAPTER 7:**          $ _____ 0.00

## E. ADDITIONAL COMMENTS REGARDING LIQUIDATION ANALYSIS:

| |
|---|
| |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## EXHIBIT 3.1
### TABLE FOR LIEN AVOIDANCE UNDER 11 U.S.C. § 522(f)

*If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table for each lien and identify the table as Exhibit as 3.1, 3.2, etc. to correspond with the list of liens in Part 3.B.3.*

| | | |
|---|---|---|
| **Information Regarding Judicial Lien or Security Interest** | | |
| Name of Debtor(s):* | **Nhuong T. Nguyen** | |
| Name of Creditor: | **Midland Funding** | |
| Collateral: | **14 Sprague Street Revere, MA 02151  Suffolk County** | |
| Lien Identification:** (Such as judgment date, date of lien recording, book and page number.) | **Judgment Lien** **Judgment Date 10/18/2011** **Lien Recorded 5/15/2012** **Book 49505 Page 192** | |
| **Calculation of Lien Avoidance** | | |
| (a) Amount of lien: | **$   11,666.61** | |
| (b) Amount of all other liens (exclusive of liens previously avoided or avoided pursuant to this Plan): | **$   502,251.00** | |
| (c) Value of claimed exemptions: | **$   125,000.00** | |
| (d) Total (a), (b), and (c): | **$   638,917.61** | |
| (e) Value of interest in property of the Debtor(s):*** | **$   563,750.00** | |
| (f) Subtract (e) from line (d): Extent of exemption impairment: (check applicable box below) | **$   75,167.61** | |
| ☑ The entire lien is avoided as (f) is equal to or greater than (a). (*Do not complete the next section.*) | | |
| ☐ A portion of the lien is avoided as (f) is less than (a). (*Complete the next section.*) | | |
| **Treatment of Remaining Secured Claim** | | |
| Amount of secured claim after avoidance (*subtract (f) from (a)*): | $ | |
| Interest Rate (if applicable): | %  | |
| Monthly payment on secured claim | $ | |
| Estimated total payment on secured claim | $ | |
| *In a joint case, specify whether the lien to be avoided is on an interest of an individual debtor or the joint debtors. | ☐ Individual Debtor | ☐ Joint Debtors |
| | Name: | |
| **Attach a true and accurate copy of the document or the instrument evidencing such lien as filed or recorded with filing or recording information included. | | |
| ***Describe the evidentiary basis for the value of the interest in property of the Debtor(s): | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

*OLF21A (Official Local Form 21A)*

**EXHIBIT 4.1**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:                                                                          Case No.:  **19-12339**

    **Nhuong T. Nguyen**                                                    Chapter 13

                               Debtor(s)

**ORDER AVOIDING LIEN IMPAIRING EXEMPTION\***

Upon consideration of 1) the Chapter 13 Plan (the "Plan"), through which the Debtor(s) made a request to avoid the lien of  **Midland Funding**  pursuant to 11 U.S.C. § 522(f) as impairing the exemption of the Debtor(s); 2) the calculation of impairment set forth in Exhibit 3 to the Plan; 3) the Schedule of Exemptions filed by the Debtor(s); 4) the absence of an objection to the avoidance of the lien or the Court having overruled any and all objections to the request for lien avoidance in the Plan; 5) the entire record of proceedings in this case; 6) the Confirmation Order; and 7) the provisions of 11 U.S.C. § 522(f)(1) and (2), Fed. R. Bankr. P. 4003 and MLBR 4003-1,

The Court hereby orders and decrees that the lien of  **Midland Funding**  recorded on  at  at  impairs the Debtor(s)' exemption in  **14 Sprague Street Revere, MA 02151  Suffolk County**   (the "Exempt Property") and declares that the lien covering the interest in exempt property of the Debtor(s) is avoided in its entirety [or avoided in part].

Pursuant to 11 U.S.C. § 349(b)(1)(B), the avoided lien shall be reinstated if the case is dismissed unless the Court, for cause, orders otherwise.

By the Court,

_____

United States Bankruptcy Judge

*\* This Exhibit may be modified to address each lien listed in Table*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Bk: 49505 Pg: 192

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 1114CV000292 | Trial Court of Massachusetts District Court Department |
|---|---|---|

CASE NAME
Midland Funding Llc v. Nhuong Nguyen aka Nhuong Thi Nguyen                     VO1374

| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Nhuong Nguyen aka Nhuong Thi Nguyen<br>14 Sprague St.<br>Revere, MA 02151 | Chelsea District Court<br>120 Broadway<br>Chelsea, MA 02150 |

2012 06044750
Bk: 49505 Pg: 192   Doc: EXE
Page: 1 of 2   05/18/2012 10:29 AM

| | JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED |
|---|---|
| | Midland Funding Llc |

Attested hereto

| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER RECORDS HERE IN THE OFFICE OF |
|---|---|
| Stephen A. Wiener Esq.<br>Law Offices of Howard Lee Schiff PC<br>340 Main Street<br>Suite 959<br>Worcester, MA 01608-0613 | Francis M. Roache<br>Register of Deeds |

TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:

WE COMMAND YOU, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| 1. Judgment Total | 11,007.50 |
|---|---|
| 2. Date Judgment Entered | 10/18/2011 |
| 3. Date Execution Issued | 04/17/2012 |
| 4. Number of Days from Judgment to Execution (Line 3 - Line 2) | 182 |
| 5. Annual Postjudgment Interest Rate | .12 |
| 6. Postjudgment Interest from Judgment to Execution (lines 1x4x5) | $659.11 |
| 7. Postjudgment Costs (if any) | $ |
| 8. Credits (if any) | $ |
| 9. EXECUTION TOTAL ( Lines 1 + 6 + 7, minus Line 8) | $11,666.61 |
| LEVYING OFFICER: (a) Add daily interest from date execution issued. | |
| (b) Add your fees as provided by law: | |

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| WITNESS: Hon. Diana L Maldonado | 04/17/2012 | X |

639.                                www.mass.gov/courts                Date/Time Printed: 04-17-2012 12:46:16

A true copy Attest: Michelle Brossard
Deputy Sheriff Suffolk County

**Bk: 49505 Pg: 193**

Suffolk, SS.                    Boston                    May 14, 2012
This execution was this day at five minutes past nine o'clock in the forenoon, placed in my hands for the
purpose of taking the lands of the within named judgment debtor(s) Nhuong Nguyen aka Nhuong Thi
Nguyen of Revere.

And at said time I seized and took all the right, title and interest which the within named judgment debtor(s)
Nhuong Nguyen aka Nhuong Thi Nguyen of Revere in the county of Suffolk, had (not exempt by law
from attachment or levy on execution) on May 14, 2012 at five minutes past nine o'clock in the forenoon,
(being the time the same was taken on execution) in and to the following described real estate and is
bounded and described as follows, viz: A certain parcel of

land with buildings thereon in Revere, Suffolk County, Massachusetts, more particularly described as
follows:

Lot 5 on a Plan of Land by Whitman & Beck Surveyors, 16 Water Street, Boston, Massachusetts, Scale
80 ft=1 inch, dated 1878, recorded with Suffolk Deeds at the end of Book 1427, to which plan reference
may be made for a more particular description.

Hereby conveying the same premises described in deed from Angela Gravellese, Trustee of The 14
Sprague Street Realty Trust, to Nghi D. Nguyen and Nhuong Thi Nguyen dated May 31, 2006, recorded
with Suffolk Registry of Deeds in Book 39714, Page 338.

and I have levied this execution thereupon. (And immediately afterwards, by direction of the creditor's
attorney, I suspended the further levy of this execution on said real estate.)    *Michelle Brassard*
                                                            Deputy Sheriff



# Comparative Market Analysis

To establish market value of

## 14 Sprague St
## Revere, MA

**Prepared for Nhuong Nguyen**
**By William Cordts**



## Contents of this
## Comparative Market Analysis
### Prepared for Nhuong Nguyen

- Cover Page

- Subject Property Report

- Market Analysis Summary

- Side by Side Property Comparisons (3-up)

- Sold Properties Graph

- Pricing Adjustment per Property (Appraisal Style)

- Suggested Sales Price

- Estimated Net Proceeds of Sale (Net Sheet)



**Subject Property**
Prepared for Nhuong Nguyen

**14 Sprague St**
**Revere, MA  02151-5023**
**Single Family**

| | |
|---|---|
| MLS #: **70813160** | Status: **Canceled** |
| List Price: **$510,000** | |
| List Date: **8/29/2008** | |
| Area: | Off Market Date: **11/19/2008** |
| List$/SqFt: **$209.88** | |
| Days on Market (Total): **82** | Days on Market (Office): **82** |
| Neighborhood/Sub-Division: **Near Town Center** | |



## Property Features

| | |
|---|---|
| Rooms: **8** | Style: **Colonial, Contemporary** |
| Bedrooms: **4** | Type: **Detached** |
| Baths: **2f 1h** | Apprx Acres: **0.13** |
| Master Bath: **Yes** | Apprx Lot Size: **5695 sq.ft.** |
| Fireplaces: **1** | Apprx Living Area: **2430 sq.ft.** |
| Year Built: **1999** | Foundation Size: **0 (Poured Concrete)** |
| Color: **Soft Grey** | Garage: **2   Attached** |
| Parking: **4   Off-Street** | |
| Handicap Access/Features: | |

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | **Ceiling - Cathedral** |
| Dining Room: | 1 | | -- |
| Kitchen: | 1 | | -- |
| Master Bedroom: | 2 | | **Fireplace, Closet - Walk-in** |
| Bedroom 2: | 2 | | -- |
| Bedroom 3: | 2 | | -- |
| Bedroom 4: | 2 | | -- |
| Bath 1: | 1 | | **Bathroom - Half** |
| Bath 2: | 2 | | **Bathroom - Full** |
| Bath 3: | 2 | | **Bathroom - Full** |
| Laundry: | 2 | | -- |
| Mud Room: | 1 | | -- |
| Office: | 2 | | -- |

## Features & Other Information

Appliances: **Wall Oven, Dishwasher, Disposal, Countertop Range, Refrigerator, Freezer**
Area Amenities: **Public Transportation, Shopping, Medical Facility, Laundromat**
Basement: **No**
Construction: **Frame**
Cooling: **Central Air**
Exclusions: **All Televisions**
Exterior: **Vinyl**
Heating: **Forced Air, Gas**
Interior Features: **Central Vacuum, Security System, Cable Available, Walk-up Attic**
Lead Paint: **None**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**
Short Sale w/Lndr.App.Req: **Unknown**
Lender Owned: **Undisclosed**

## Remarks

BEAUTIFULY DESIGNED CUSTOM BUILT CONTEMP w/CATHEDRAL CEILINGS & CHANDELIERED FOYER,FULL CHEF'S KITCHEN AND DINNINGRM FOR ENTERTAINING,MUDRM,PATIO and YARD.2FULL AND 1HALF BATH, 4 BEDRMS w/ OFFICE/HOBBIE RM. FIREPLACED MASTERBEDRM w/ MASTER BATH AND GENEROUS HIS & HERS WALKIN CUSTOM CLOSETS,GREAT SIZE GARAGE w/ STORAGE,CENTRAL AIR AND SECURITY SYS.CLOSE TO LIBRARY AND TOWN CENTER THIS HOME CAN BE PURCHASED WITH ALL FURNITURE,TV's EXCLUDED.

## Tax Information

| | |
|---|---|
| **2008** Taxes: **$3872**   Assessment: **$382,200** | Cert: **00062514**   Zoning Code: **RB** |
| Pin #: **015 B:259 P:013** | Map:   Block:   Lot:   Book: **39714**  Page: **338** |

# PROPER
REALTY GROUP

## Market Analysis Summary
### Prepared for Nhuong Nguyen

# Properties Recently Sold

Number of Properties: 4
Price Range: $505,000 to $625,000
Average Price: $556,250
Median Price: $547,500

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price | Sale Price | SP% of LP |
|---------|------|------|------|------|------|------|------|------|------|
| 83 Reservoir Ave | Revere, MA | 4 | 2 | 0 | 3070 | 25 | $497,000 | $505,000 | 102% |
| 235 Cushman Ave | Revere, MA | 3 | 2 | 1 | 3307 | 24 | $549,900 | $545,000 | 99% |
| 44 Bixby St | Revere, MA | 4 | 3 | 0 | 2990 | 19 | $549,900 | $550,000 | 100% |
| 76 Proctor Ave | Revere, MA | 4 | 3 | 1 | 3216 | 20 | $599,999 | $625,000 | 104% |

# PROPER
REALTY GROUP

## Property Comparisons
### Prepared for Nhuong Nguyen





|  | 83 Reservoir Ave Revere, MA 02151 | 235 Cushman Ave Revere, MA 02151 | 44 Bixby St Revere, MA 02151 |
|---|---|---|---|
| MLS # | 72401519 | 72443998 | 72381838 |
| Status | Sold | Sold | Sold |
| List Price | $497,000 | $549,900 | $549,900 |
| Sale Price | $505,000 | $549,000 | $550,000 |
| List Date | 9/26/2018 | 1/21/2019 | 8/21/2018 |
| Off Market Date | 10/20/2018 | 2/14/2019 | 9/8/2018 |
| Sale Date | 12/31/2018 | 4/12/2019 | 10/1/2018 |
| Days on Market | 25 | 24 | 19 |
| Style | Colonial | Other (See Remarks) | Colonial |
| Bedrooms | 4 | 3 | 4 |
| Full Baths | 2 | 2 | 3 |
| Half Baths | 0 | 1 | 0 |
| Total Rooms | 9 | 13 | 8 |
| Square Feet | 3070 | 3307 | 2990 |
| Acres | 0.13 | 0.29 | 0.1 |
| Lot Size (sq.ft.) | 5757 | 12660 | 4167 |
| Year Built | 1925 | 1962 | 1944 |
| Fireplaces | 0 | 0 | 0 |
| Garage Spaces | 1 | 1 | 1 |
| Garage Desc | Under | Attached | Attached |
| Basement Desc | Partial, Garage Access | Full, Finished | Full, Finished, Walk Out, Bulk... |
| Int. Features | Cable Available |  |  |
| Ext. Features | Porch, Gutters, City View(s) | Porch, Porch - Enclosed, Patio... | Patio, Storage Shed, Professio... |
| Sewer & Water |  |  |  |
| Waterfront |  |  |  |
| Beach Desc |  | Ocean | Ocean |
| Assessed Value | $395,100 | $590,400 | $428,200 |
| Taxes | $5,120 | $7,150 | $5,714.06 |
| Tax Year | 2018 | 2019 | 2018 |



**PROPER** REALTY GROUP

## Property Comparisons
### Prepared for Nhuong Nguyen



| | |
| --- | --- |
| | 76 Proctor Ave |
| | Revere, MA 02151 |
| MLS # | 72346418 |
| Status | Sold |
| List Price | $599,999 |
| Sale Price | $625,000 |
| List Date | 6/14/2018 |
| Off Market Date | 7/3/2018 |
| Sale Date | 7/30/2018 |
| Days on Market | 20 |
| Style | Colonial |
| Bedrooms | 4 |
| Full Baths | 3 |
| Half Baths | 1 |
| Total Rooms | 8 |
| Square Feet | 3216 |
| Acres | 0.26 |
| Lot Size (sq.ft.) | 11340 |
| Year Built | 1950 |
| Fireplaces | 2 |
| Garage Spaces | 1 |
| Garage Desc | Attached, Storage |
| Basement Desc | Full, Finished, Walk Out, Inte... |
| Int. Features | Security System, Cable Available |
| Ext. Features | Patio, Gutters, Storage Shed, ... |
| Sewer & Water | |
| Waterfront | |
| Beach Desc | |
| Assessed Value | $396,800 |
| Taxes | $5,143 |
| Tax Year | 2018 |

# PROPER
REALTY GROUP

## Sold Properties Graph
### Prepared for Nhuong Nguyen



| | Address | City | Days on Market | List Price | Sale Price |
|---|---|---|---|---|---|
| 1 | 83 Reservoir Ave | Revere, MA | 25 | $497,000 | $505,000 |
| 2 | 235 Cushman Ave | Revere, MA | 24 | $549,900 | $545,000 |
| 3 | 44 Bixby St | Revere, MA | 19 | $549,900 | $550,000 |
| 4 | 76 Proctor Ave | Revere, MA | 20 | $599,999 | $625,000 |

# PROPER
REALTY GROUP

## Pricing Adjustments per Property
### Prepared for Nhuong Nguyen

| Subject Property | Comparable No.1 | Comparable No.2 |
|---|---|---|
|  |  |  |
| 14 Sprague St | 83 Reservoir Ave | 235 Cushman Ave |
| Single Family - Canceled | Single Family - Sold | Single Family - Sold |
| Revere, MA 02151 | Revere, MA 02151 | Revere, MA 02151 |
| List Price: $510,000 | List Price: $497,000 | List Price: $549,900 |
| List Date: 8/29/2008 | Sale Price: $505,000 | Sale Price: $545,000 |
| Off Market Date: 11/19/2008 | List Date: 9/26/2018 | List Date: 1/21/2019 |
| Days on Market: 82 | Off Market Date: 10/20/2018 | Off Market Date: 2/14/2019 |
| | Sale Date: 12/31/2018 | Sale Date: 4/12/2019 |
| | Days on Market: 25 | Days on Market: 24 |

## Adjustments

| Item | Description | Description | +(-) $ Adjustment | Description | +(-) $ Adjustment |
|---|---|---|---|---|---|
| Living Area | 3124 | 3070 | | 3307 | |
| Number of Bedrooms | 4 | 4 | | 3 | |
| Number of Full Baths | 2 | 2 | | 2 | |
| Number of Half Baths | 1 | 0 | 15,000 | 1 | |
| Number of Rooms | 8 | 9 | | 13 | |
| Net Adjusted (Total) | | | 15,000 | | 0 |
| Adjusted Price | | | $520,000 | | $545,000 |

**PROPER** REALTY GROUP

## Pricing Adjustments per Property
### Prepared for Nhuong Nguyen

| Subject Property | Comparable No.3 | Comparable No.4 |
|---|---|---|
|  |  |  |
| 14 Sprague St | 44 Bixby St | 76 Proctor Ave |
| Single Family - Canceled | Single Family - Sold | Single Family - Sold |
| Revere, MA 02151 | Revere, MA 02151 | Revere, MA 02151 |
| List Price: $510,000 | List Price: $549,900 | List Price: $599,999 |
| List Date: 8/29/2008 | Sale Price: $550,000 | Sale Price: $625,000 |
| Off Market Date: 11/19/2008 | List Date: 8/21/2018 | List Date: 6/14/2018 |
| Days on Market: 82 | Off Market Date: 9/8/2018 | Off Market Date: 7/3/2018 |
| | Sale Date: 10/1/2018 | Sale Date: 7/30/2018 |
| | Days on Market: 19 | Days on Market: 20 |

## Adjustments

| Item | Description | Description | +(-) $ Adjustment | Description | +(-) $ Adjustment |
|---|---|---|---|---|---|
| Living Area | 3124 | 2990 | | 3216 | |
| Number of Bedrooms | 4 | 4 | | 4 | |
| Number of Full Baths | 2 | 3 | -15,000 | 3 | -25,000 |
| Number of Half Baths | 1 | 0 | | 1 | |
| Number of Rooms | 8 | 8 | | 8 | |
| Net Adjusted (Total) | | | -15,000 | | -25,000 |
| Adjusted Price | | | $535,000 | | $600,000 |

# PROPER
REALTY GROUP

## Suggested Sales Price
### Prepared for Nhuong Nguyen

| | Days on Market | Price |
|---|---|---|
| No. 1 - 83 Reservoir Ave, Revere, MA | 25 | $520,000 |
| No. 2 - 235 Cushman Ave, Revere, MA | 24 | $545,000 |
| No. 3 - 44 Bixby St, Revere, MA | 19 | $535,000 |
| No. 4 - 76 Proctor Ave, Revere, MA | 20 | $600,000 |
| Indicated Value by Sale Comparison Approach | 22.00 | $550,000 |

 **PROPER** REALTY GROUP

## Net Proceeds of Sale
### Prepared for Nhuong Nguyen

Seller's Name: Nhuong Nguyen

Property Address: 14 Sprague St, Revere, MA

| | PRICE RANGE | |
|---|---|---|
| | LOW | HIGH |
| Sale Price | $536,250 | $563,750 |
| Loan Amount/Debt Owed on Property | $0 | $0 |
| Net Equity in Property (Sales Price - Loan Amount) | $536,250 | $563,750 |
| Estimated Selling/Closing Costs | | |
| Approximate Total Costs | $0 | $0 |
| Estimate of Seller's Proceeds | $536,250 | $563,750 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   **Nhuong Nguyen**

Case No.   **19-12339 – FJB**
Chapter 13

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

I/We hereby certify that on August 6, 2019 and in accordance with MLBR, Appendix 1, Rule 13-4(b), I/we served by first class United States mail a copy of this Plan to the on the parties on the attached list.

By the Debtor(s):
**Nhuong Nguyen**

**/s/ Richard D. Smeloff**
Richard D. Smeloff
BBO# 567869
Smeloff & Associates
500 Granite Ave
Suite 7 & 8
Milton MA 02186
(617) 690-2124
rsmeloff@msn.com

RAS Crane, LLC
Bankruptcy Department
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Massachusetts Department of Revenue
Bankruptcy Unit
P O Box 9564
Boston, MA 02114

Wilmington Savings Fund Society
9990 Richmond Ave.
Suite 400 South
Houston, TX 77042

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Convergent Outsourcing, Inc.
Po Box 9004
Renton, WA 98057

First PREMIER Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Kohls/Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Law Office of Howard Lee Schiff P.C
340 Main Street #959
Worcester, MA 01608

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Orlans PC
PO Box 540540
Waltham, MA 02454

Selene Finance
Attn: Bankruptcy
Po Box 422039
Houston, TX 77242

Specialized Loan Servicing
Attn: Bankruptcy
8742 Lucent Blvd. Suite 300
Littleton, CO 80129

Toyota Financial Services
Attn: Bankruptcy Dept
Po Box 8026
Cedar Rapids, IA 52409

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  **Nhuong Nguyen**                                          Case No.  **19-12339 – FJB**
                                                                  Chapter 13

## AFFIDAVIT OF SERVICE OF CHAPTER 13 PLAN

I, Richard D. Smeloff certify that service of a copy of this Plan was made on the creditors and in the manner set forth in the attached list on August 6, 2019.

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and was at all times during the service of a copy of this Plan, not less than 18 years of age and not a party to the matter concerning which service was made.

I declare that the foregoing is true and correct under penalty of perjury.

Dated:  August 6, 2019                              **/s/ Richard D. Smeloff**
                                                    Richard D. Smeloff
                                                    BBO# 567869
                                                    Smeloff & Associates
                                                    500 Granite Ave
                                                    Suite 7 & 8
                                                    Milton MA 02186
                                                    (617) 690-2124
                                                    rsmeloff@msn.com

**CERTIFIED U.S. POSTAL**

Midland Funding LLC
Attn: CEO Brandon Black
2365 Northside Dr
Suite 300
San Diego, CA 92108

Law Office of Howard Lee Schiff P.C
340 Main Street #959
Worcester, MA 01608

Law Office of Howard Lee Schiff PC
PO Box 280245
East Hartford, CT 06108